### SIMPSON v. UNITED STATES.
### No. 7973.

Circuit Court of Appeals, Fifth Circuit.
March 14, 1936.

Paul M. Conaway and Grady Gillon, both of Macon, Ga., for appellant.

T. Hoyt Davis, U. S. Atty., and H. Grady Rawls, Asst. U. S. Atty., both of Macon, Ga., for the United States.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

FOSTER, Circuit Judge.

Appellant was convicted on an indictment charging him and nine other named persons with conspiring to possess, transport, and sell distilled spirits, in containers not having Internal Revenue stamps affixed thereto. The only error assigned is to the refusal of the court to direct a verdict of acquittal. It is sufficient to say that we consider there was substantial evidence before the jury to support the verdict.

Affirmed.